FILED

05/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0396

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| BILLY LEE HENDERSON, III,<br>    Appellant / Defendant,<br><br>-vs-<br><br>STATE OF MONTANA,<br>    Appellee / Plaintiff. | CASE NO. DA-19-0396<br><br>**ORDER GRANTING EXTENSION** |

Upon Defendant / Appellant's foregoing motion and good cause appearing therefor;

IT IS HEREBY ORDERED;

That Defendant / Appellant is granted an extension of time for the filing of Appellant's opening brief to August 27, 2020.

DATED and Electronically Signed Below

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 14 2020